**Orin GOLDBLUM, Appellant,**

v.

**Julie GOLDBLUM, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1994.

Decided Dec. 29, 1994.

Henry E. Rea, Jr., Brandt, Milnes, Rea & Wise, Pittsburgh, for appellant.

Christine Gale, Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

### ORDER

PER CURIAM.

The decision of the Superior Court is hereby affirmed.

MONTEMURO, J., who is sitting by designation did not participate in the consideration or decision in this matter.